FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2014

CENTRAL DISTRICT OF CALIFORNIA
BY DC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br>THOMAS LEE<br><br>              Defendant. | Case No.: ED14 MJ 88<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of New Jersey for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Allegation of absconding
- Allegation of unauthorized international travel
- Unknown background
- Unknown bail resources
- Associated with multiple personal identifiers

1 and/or

2 B.     ( )     The defendant has not met his/her burden of establishing by clear and
3                convincing evidence that he/she is not likely to pose a danger to the
4                safety of any other person or the community if released under 18
5                U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

10
11
12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

14
15 Dated: 3/12/14

16                                                   HONORABLE DAVID T. BRISTOW
                                                     United States Magistrate Judge